**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

VICKY LOWE,

   Plaintiff,

-vs-                                      CASE NO.: 8:17-CV-00885-RAL-TGW

PROG LEASING, L.L.C., d/b/a
PROGRESSIVE LEASING

   Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

Plaintiff, Vicky Lowe, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System: Jenny N. Perkins, Esquire, Ballard Spahr LLP, 1735 Market Street 51st Fl, Philadelphia, PA 19103 (perkinsj@ballardspahr.com).

                                                  */s/Octavio Gomez*
                                                  Octavio "Tav" Gomez, Esquire
                                                  Florida Bar No.: 338620
                                                  Morgan & Morgan, Tampa, P.A.
                                                  201 North Franklin Street, 7th Floor
                                                  Tampa, Florida 33602
                                                  Telephone: (813) 223-5505
                                                  Facsimile: (813) 223-5402
                                                  TGomez@ForThePeople.com
                                                  *Attorney for Plaintiff*